UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>　　v.<br><br>Jeffrey Epstein,<br><br>　　　　Defendant. | 1:19-cr-490 (RMB) |

**NOTICE OF APPEARANCE**

　　The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case. Please transmit electronic filings to Jordan.Fox@usdoj.gov.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Todd Blanche
　　　　　　　　　　　　　　　　　　　　TODD BLANCHE
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　(202) 514-2101

1