UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JEFFREY EPSTEIN,

Defendant.

---

19 CR. 490 (RMB)

**ORDER**

      The Court requests that all of the Government's submissions pursuant to the Court's July 22, 2025 Order (ECF No. 63) be made directly to chambers (500 Pearl Street, Rm. 1630) in a sealed container or envelope, bearing the notation, "Attention: Grady MacPhee." The Court also requests that all electronic submissions be made directly to Grady_MacPhee@nysd.uscourts.gov.

Date: July 25, 2025
New York, New York

*RMB*
RICHARD M. BERMAN, U.S.D.J.