**VIA EMAIL TO JUDGE BERMAN:**
Hon. Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Docket and file.

SO ORDERED:
Date: 08/04/25
Richard M. Berman, U.S.D.J.

Re: **United States of America vs. Jeffrey Epstein, 1:19-cr-00490-RMB**

Dear Hon. Judge Berman:

 I come forward to you today in disdain, disgust and fear of how the United States of America's DOJ has handled the promise to release the "Epstein Files". Out of respect for the court, I will keep this short, to the point and as direct as possible. It has been a very difficult time for me personally, mentally and emotionally dealing with the circus around the "Epstein Files". I use quotations because what are these "Files" exactly, anyway?"

 I regrettably feel the need to come forward and shed some light on the Government's motion to unseal transcripts, documents and exhibits from the "case" that was never tried. Sad to say, for the victims we never got our day in court. Apparently, Epstein killed himself under whose watch? Oh, was it Trump's DOJ? Hmmm, interesting. Although, I am for complete and utter transparency in this case, we deserve transparency from our own government, the agencies that were supposed to be there to protect us victims and guess what, they utterly and completely failed us. Unfortunately, with their disregard for the victims I feel it is imperative to write this letter to the court.

 Because, I personally desire to remain anonymous I feel like I do not have a voice. Therefore, with it being my right to have an opinion as a victim in this matter I have a voice to speak to the court and to the United States.

 Dear United States, I wish you would have handled and would handle the whole "Epstein Files" with more respect towards and for the victims. I am not some pawn in your political warfare. What you have done and continue to do is eating at me day after day as you help to perpetuate this story indefinitely. Why not be completely transparent? Show us all the files with only the **necessary** redactions! Be done with it and allow me/us to heal. You protect yourself and your powerful and wealthy "friends" (not enemies) over the victims, why? The victims know the truth, we know who are in the files and now so do you. Do you really think the public is that ignorant of the truth? Further redacting the names, like yours, will only cause the distraction you say you don't want, and the conspiracies that you in fact are stirring. So I will continue to stay silent and continue to hide from all the pain and suffering, out of fear of you and your wealthy powerful "friends". In the end we are the biggest voices of the truth and the truth always comes out in time.

      Dear Judge Berman, in making your decision to allow the Unites States of America's current sitting attorneys for the DOJ's request to release these files, I ask you to have our attorneys review the "suggested" redactions as they are the ones who also know the victims, their names, their truths and their stories unlike the Unites States Government who did not and does not even care to know our truth. They would rather ask a convicted imprisoned sex trafficker/abuser for information.

      In conclusion, I beg the court to make sure it is the upmost priority that in any sort of release ALL and EVERY detail that could possibly reveal our identities be redacted. I also request that you take your time in making your decision and consider allowing for the victims attorney's to review these files before a release is permitted.

<u>Side Note</u>: *If other victims do not mind having their personal information redacted, my voice is not for them.*

Sincerely and thank you for your time,

Xxx-victim/survivor