

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6874
daniel.weiner@hugheshubbard.com

December 3, 2025

VIA ECF

The Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

   Re: United States of America v. Jeffrey Epstein, Case No. 19-cr-490 (RMB)

Dear Judge Berman:

  On behalf of the Co-Executors of the Estate of Jeffrey Epstein, we write at the Court's invitation by Order in this action dated November 25, 2025 (ECF No. 86) to set out the Epstein Estate's position regarding the Government's motion to unseal grand jury transcripts and exhibits and to modify the protective order associated with the above-captioned indictment, "subject to appropriate redactions allowed by [H.R. 4405]" (ECF No. 85 at 2).

  In view of the Government's commitment to "make appropriate redactions of victim-related and other personal identifying information . . . [t]o the extent permitted by [H.R. 4405]," (*id.* at 8), the Epstein Estate takes no position regarding the Government's motion to unseal.

        Respectfully submitted,

        */s/ Daniel H. Weiner*

        Daniel H. Weiner and Daniel Ruzumna
        Counsel for the Co-Executors of the Epstein Estate

cc: All Counsel (via ECF)

284110508_4