UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007

CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

January 23, 2026

Dear Ms. Robson,

Thank you for your letter of January 18, 2026. It is both generous and kind — and I am most appreciative.

There is, respectfully, no relevant case on my docket at this time. And for that reason, I am not able to issue a ruling or action.

Thank you again.

*Richard M. Berman*