UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
               Government,      :       19 Cr. 490 (RMB)
                                     :
   - against -                       :       MEMORANDUM
                                     :
                                     :
Jeffrey Epstein,                     :
                                     :
               Defendant.       :
------------------------------------------------------------x

Dear Attorney Henderson:

Thank you for your email dated February 3, 2026. The Court is pleased but not surprised that the parties were able to resolve the privacy issues and to have done so "expeditiously and in a manner that meaningfully protects victims from further harm." Tomorrow's conference is cancelled.

Dated: February 3, 2026
       New York, NY



                                    RICHARD M. BERMAN
                                            U.S.D.J.

cc U.S. Attorney Jay Clayton

Judge Berman,

Pursuant to the Court's directive, the undersigned has engaged in extensive and constructive discussions with the Department of Justice regarding the redaction failures in the recently posted Epstein materials. Based on those discussions, we trust that the deficiencies will be corrected expeditiously and in a manner that meaningfully protects victims from further harm.

In light of the extraordinary circumstances surrounding the public disclosure of victim identities, we respectfully request that the Court consider issuing guidance directed to the press and the general public, cautioning against the publication of victim names and encouraging respect for victim privacy consistent with the principles embodied in the Crime Victims' Rights Act.

With consideration for the progress made to date, we respectfully request that the scheduled conference be adjourned pending the Department of Justice's expeditious completion of the re-redaction process. We appreciate the Court's willingness to revisit these issues if full and timely compliance is not achieved, and we respectfully reserve the right to promptly reraise any remaining or unresolved victim-protection concerns should further deficiencies persist.

On behalf of the victims, we respectfully thank the Court for its guidance and timely intervention in this matter.

**EDWARDS HENDERSON**
**THE CRIME VICTIM LAW FIRM**

Brittany Henderson
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
brittany@cvlf.com   |   www.cvlf.com